**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-6681

ANTHONY D. HAWKS,

Plaintiff - Appellant,

versus

UNKNOWN OFFICERS, of the City of Baltimore in
the District of Front Hill Southwestern Police
Department; DAVID PHIPPS, E-128, an officer of
the Front Hill Southwestern Police Department,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Peter J. Messitte, District Judge. (CA-
97-3509-PJM)

Submitted: October 8, 1998        Decided: October 26, 1998

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Anthony D. Hawks, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Anthony D. Hawks appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Hawks v. Unknown Officers</u>, No. CA-97-3509-PJM (D. Md. Mar. 17, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>